IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SANDRA PRUITT                       :

                              :

   v.                           :   Civil Action No. DKC 15-1308

                              :

WELLS FARGO BANK, N.A., et al.      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of December, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. The unopposed motion to dismiss filed by Defendants Wells Fargo Bank, N.A. and HSBC Bank USA, National Association (ECF No. 21) BE, and the same hereby IS, GRANTED;

2. Plaintiff Sandra Pruitt's complaint (ECF No. 2) BE, and the same hereby IS, DISMISSED; and

3. The clerk will transmit copies of the memorandum opinion and this order to counsel for Defendants and directly to *pro se* Plaintiff and CLOSE this case.

                                                     /s/
                                     DEBORAH K. CHASANOW
                                     United States District Judge